# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENNI R. WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-cv-1390-D |
| | ) |
| LIBERTY INSURANCE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Jenni R. Ward ("Plaintiff"), by and through her counsel of record, Simone Gosnell Fulmer, Harrison C. Lujan, Jacob Rowe, Andrea R. Rust, and Christopher J. Bergin of Fulmer Sill, PLLC, and Defendant Liberty Insurance Corporation, by and through its counsel of record, William W. O'Connor, Jerrick L. Irby, and Margo E. Shipley of Hall, Estill, Hardwick, Golden, Gable & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/William W. O'Connor*
William W. O'Connor, OBA No. 13200
Jerrick L. Irby, OBA No. 30876
Margo E. Shipley, OBA No. 32118
320 South Boston, Suite 200
Tulsa, Oklahoma  74103
Telephone:    (918) 594-0400
Facsimile:     (918) 594-0505
boconnor@hallestill.com
jirby@hallestill.com
mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT, LIBERTY INSURANCE CORPORATION**

*s/Simone Gosnell Fulmer\**
Simone Gosnell Fulmer, OBA No. 17037
Harrison C. Lujan, OBA No. 30154
Jacob L. Rowe, OBA No. 21797
Andrea Rust, OBA No. 30422
Christopher Bergin, OBA No. 13879
FULMER SILL PLLC
1101 North Broadway Avenue, Suite 102
P.O. Box 2448
Oklahoma City, OK 73103
Phone/Fax: (405) 510-0077
sfulmer@fulmergrouplaw.com
hlujan@fulmergrouplaw.com
jrowe@fulmergrouplaw.com
arust@fulmersill.com
cbergin@fulmersill.com

**ATTORNEYS FOR PLAINTIFF**

*\*Signed by filing attorney with permission of Plaintiff's attorney.*